UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

**JESUS CRUZ,**   Case No.: 14-35476 BKC LMI
   Chapter 7

_____Debtor._____/

**TRUSTEE'S *EX-PARTE* APPLICATION FOR EMPLOYMENT OF
BARRY E. MUKAMAL, CPA AND KAPILAMUKAMAL, LLP
AS ACCOUNTANTS AND ADVISORS *NUNC PRO TUNC* TO MARCH 20, 2015**

Barry E. Mukamal, as Trustee for the estate of the above-captioned Debtor (the "Trustee"), applies to the court for authorization and approval of the employment of Barry E. Mukamal, CPA ("Mukamal") and the accounting firm of KapilaMukamal, LLP ("KM") as accountants and advisors for the Trustee, *nunc pro tunc* to March 20, 2015, and respectfully represents:

1. The undersigned is the duly appointed, qualified and acting Trustee in this case.

2. In order for the Trustee to properly discharge his duties in this case, it is essential that he employ accountants and advisors to assist him in tax compliance filings and other financial matters. The Trustee has selected KM because of its extensive experience and expertise in bankruptcy and related matters.

3. Barry E. Mukamal, CPA and Soneet Kapila, CPA are both partners of the firm KapilaMukamal, LLP ("KM") and both serve as members of the Chapter 7 Panel of Trustee's in the Southern District of Florida.

4. The Trustee seeks to employ KM to render the following professional services to the Trustee:

(a) review of all financial information prepared by the Debtor or its accountants, including but not limited to a review of the Debtors' financial information as of the date of the filing of the petition, its assets and liabilities, and its secured and unsecured creditors;

(b) review and analysis of the organizational structure of and financial interrelationships among the Debtor and its affiliates and insiders, including a review of the books of such companies or persons as may be requested;

(c) review and analysis of transfers to and from the Debtor to third parties, both pre-petition and post-petition;

(d) attendance at meetings with the Debtor, its creditors, the attorneys of such parties, and with federal, state, and local tax authorities, if requested;

(e) review of the books and records of the Debtor for potential preference payments, fraudulent transfers, or any other matters that the Trustee may request;

(f) the rendering of such other assistance in the nature of accounting services, financial consulting, valuation issues, or other financial projects as the Trustee may deem necessary.

(g) preparation of estate tax returns.

5. KM neither holds nor represents any interest adverse to the estate in the matters upon which it is to be employed, is a "disinterested person" as that term is defined by 11 U.S.C. SS 101 (14) and 327 (a) and (d), and its employment would be in the best interest of the estate and its creditors. An affidavit in support of this application is attached hereto as Exhibit A.

6. KM has agreed to perform the foregoing services at the ordinary and usual hourly billing rates of its members who will perform services in this matter. KM will incur out-of-pocket disbursements in the rendition of the services for which it shall seek reimbursement. KM recognizes that its compensation is subject to approval and adjustment by the Court in accordance with 11 U.S.C. § 330.

**WHEREFORE**, the Trustee respectfully requests that this Court enter an order approving the selection and employment by the Trustee of Barry E. Mukamal, CPA and KapilaMukamal, LLP as his accountants and advisors to perform the services set forth in this Application, upon the terms and conditions set forth herein.

Respectfully submitted this 23rd day of March, 2015.

        /s/ Barry E. Mukamal
Barry E. Mukamal, Trustee

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the Application of Trustee for Employment of Barry E. Mukamal, CPA and KapilaMukamal, LLP as Accountants and Advisors *Nunc Pro Tunc* to March 20, 2015, was delivered via CM/ECF on all electronic recipients and via U.S. Mail as indicated below on this 23rd day of March, 2015.

**Via CM/ECF:**

Assistant United States Trustee        Robert Sanchez, Esq.

**Via US Mail:**

Jesus Cruz
25305 SW 124 Ct
Homestead, FL 33032

        /s/ Jazmin Padilla
Jazmin Padilla for
KapilaMukamal, LLP
1 SE 3rd Ave, Ste 2150
Miami, FL 33131
Telephone: (786) 517-5771