UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

JESUS CRUZ,   Case No.: 14-35476 BKC LMI
              Chapter 7
    Debtor.
_____/

## AFFIDAVIT OF BARRY E. MUKAMAL

STATE OF FLORIDA    )
    ) SS
COUNTY OF MIAMI-DADE    )

**BEFORE ME**, the undersigned authority, personally appeared Barry E. Mukamal, C.P.A., in Miami, Florida, who after being duly sworn, deposes and says as follows:

1. I am a Certified Public Accountant, experienced in rendering accounting, advisory, and litigation consulting services.

2. I am a partner of the firm KapilaMukamal, LLP ("KM"), with offices located at 1 SE 3rd Ave, Ste 2150, Miami, FL 33131.

3. I am willing to accept employment by the trustee, on the basis set forth in the annexed application. Neither I nor the firm hold or represent any adverse interest to the trustee, the debtor or the estate in regards to the matters for which I am to be employed and are disinterested persons as required by 11 U.S.C. § 327(a).

4. Neither I nor KM has a pre-petition or other claim against the estate.

5. Neither I nor KM hold any connections with the Debtor, creditors, any other party in interest, their respective attorneys, accountants, the Trustee, the U.S. Trustee, or any person employed by the Office of the U.S. Trustee as required by Fed.R.Bank.P. 2014, except as follows:

    a. Barry E. Mukamal is a member of the Chapter 7 Panel of Trustee's in the Southern District of Florida.

b. Should I or KM become notified of any conflicts asserted by a party with which the firm has a relationship, I will notify this Court immediately.

c. Soneet R. Kapila ("Kapila"), a partner in the accounting firm of KapilaMukamal, LLP is also a member of the Chapter 7 Panel of Trustees. Should Kapila or KM become notified of any conflicts asserted by a party with which the firm has a relationship, I will notify this Court immediately.

d. As part of its practice, KM appears in cases, proceedings, and transactions involving many different creditors, shareholders, attorneys, accountants, financial consultants, investment bankers, and other entities, some of which may be or may represent claimants and parties in interest in this case. KM has a widespread practice in insolvency and bankruptcy matters and I and the Firm participate in numerous cases in both the federal and state courts involving different professionals, including attorneys, accountants and financial consultants. Some of those professionals may represent parties-in-interest in this case. However, I am not advising any such entity and/or professional in connection with this Chapter 7 proceeding nor do I have a relationship with any such entity or professional which is adverse to the Debtor, its creditors or the estate.

6. KM is otherwise well-qualified to serve as accountants for the Trustee for the purpose required. KM has been retained as accountants and financial consultants to render professional services to trustees, debtors, creditors, creditors' committees, and others in numerous bankruptcy matters. Barry E. Mukamal is also a Certified Fraud Examiner (CFE), Certified in Financial Forensics (CFF), a personal Financial Specialist (PFS), accredited in Business Valuation (ABV), and a Certified Insolvency & Restructuring Advisor (CIRA).

7. Neither I nor KM has received a retainer from the debtor, the estate, or a third party.

8. In the normal course of business, the firm has completed a conflict check containing a list of all creditors resulting in no verified conflicts.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Barry E. Mukamal, C.P.A.


STATE OF FLORIDA
COUNTY OF MIAMI-DADE

THE FOREGOING INSTRUMENT was acknowledged before me this 23rd day of March, 2015 by Barry E. Mukamal, who is personally known to me.

My commission expires:

JAZMIN PADILLA
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF175417
Expires 3/9/2019

_____
Jazmin Padilla
Notary Public, State of Florida